UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VÄLINGE INNOVATION AB, a Swedish Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE EXPO & CO. INC., a California Corporation, GRANITE EXPO INSTALLATION CO., INC., a California Corporation, GRANITE EXPO, LLC, a California Corporation, and GRANITE & MARBLE EXPO, INC., a California Corporation,<br><br>Defendants. | Case No. CV 09-04413 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND COURT DEADLINES<br><br>[Docket No. 21] |

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the Initial Case Management Conference currently scheduled for January 20, 2010, shall be CONTINUED to **February 25, 2010, at 3:00 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

///

IT IS FURTHER ORDERED THAT that all related deadlines preceding the Initial Case Management Conference are moved to correspond with the new Conference date.

SO ORDERED.

Dated: 1/12/10

_____
HON. SAUNDRA B. ARMSTRONG
U.S. District Court Judge