David I. Roche (Ill. Bar No. 6187797), *pro hac vice*
**BAKER & MCKENZIE LLP**
130 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-8608
Facsimile: (312) 698-2363
E-mail: david.i.roche@bakernet.com

Attorney for Plaintiff
VALINGE INNOVATION AB

Sunny L. Woan (Cal. Bar No. 257283)
**GRANITE AND MARBLE EXPO, INC.**
1368 40th Street
Emeryville, California 94608
Telephone: (510) 652-8882
Facsimile: (510) 658-1828
E-mail: sunnywoan@thegraniteexpo.com

Attorney for Defendant
GRANITE AND MARBLE EXPO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Valinge Innovation AB,<br><br>        Plaintiff,<br><br> vs.<br><br>Granite and Marble Expo, Inc., et al.<br><br>        Defendant(s). | Case No.: C09-04413 SBA<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED, by and between the Plaintiff VALINGE INNOVATION AB and Defendants GRANITE AND MARBLE EXPO, INC., et al. (hereinafter "Defendants"), through their respective counsel, that:

 A. The parties hereby agree to stipulate to continue the initial case management conference that was on calendar for February 25, 2010, 3:00 p.m., to an alternative date that is as soon as conveniently possible for the Court;

 B. This motion to continue was made at Defendants' request due to a sudden and unexpected extension of trial time in an unrelated case, thus creating a scheduling

conflict for Defendants' counsel.  Plaintiff has generously agreed to stipulate to the continuance.

DATED: February 24, 2010        **BAKER & MCKENZIE LLP**


By:  /s/ David I. Roche
　　　**David I. Roche, Esq.**
　　　130 East Randolph Drive
　　　Chicago, IL 60601
　　　Telephone: (312) 861-8608
　　　Facsimile: (312) 698-2363
　　　E-mail: david.i.roche@bakernet.com

　　　Attorney for Plaintiff
　　　VALINGE INNOVATION AB

DATED: February 24, 2010        **SUNNY L. WOAN, ATTORNEY AT LAW**


By:  /s/ Sunny L. Woan
　　　**Sunny L. Woan, Esq.**
　　　1368 40th Street
　　　Emeryville, California 94608
　　　Telephone: (510) 652-8882
　　　Facsimile: (510) 658-1828
　　　E-mail: sunnywoan@thegraniteexpo.com

　　　Attorney for Defendant
　　　GRANITE AND MARBLE EXPO, INC.


## ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for February 25, 2010 shall be CONTINUED to **March 11, 2010, at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the

statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated:3/1/10

_____
Hon. Judge Saundra B. Armstrong